```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
EARL GARVIN,                         :

              Petitioner,    :     **ORDER**

     - against -                  :     08 Civ. 5571 (DC)

DALE ARTIS,                          :
              Respondent.    :
                                     :
- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

        Earl Garvin petitions this Court for a writ of <u>habeas corpus</u> pursuant to 28 U.S.C. § 2254.  Upon review of the petition, it is hereby

        ORDERED that the Clerk of the Court serve, by certified mail, a copy of this Order and the underlying Petition on the Attorney General of the State of New York and the District Attorney for New York County, and it is further

        ORDERED that respondent shall file an answer or other pleading in response to the petition no later than **September 5, 2008**, and petitioner may file any reply papers no later than **September 26, 2008**.

        SO ORDERED.

Dated:   New York, New York
        July 16, 2008

                                    DENNY CHIN
                                    United States District Judge