UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

EARL B. GARVIN,                       :

             Plaintiff,          :        **ORDER**

    - against -                     :        08 Civ. 5571 (DC)

DALE ARTIST,                          :

             Defendant.          :

- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

        Pro se plaintiff has filed two complaints against defendant Dale Artist, asserting identical claims that arise from the same facts. Because the first case, Garvin v. Artist, 08 Civ. 5285, is presently before Judge Crotty, this action is dismissed, without prejudice.

        SO ORDERED.

Dated:  New York, New York
       July 31, 2008

                                        DENNY CHIN
                                        United States District Judge